# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: SunEdison Litigation Trust v. Red Ventures LLC | CASE NO.: 18−01499−dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021                                              Vito Genna
                                                                  Clerk of the Court

United States Bankruptcy Court

Southern District of New York

SunEdison Litigation Trust,
    Plaintiff

Red Ventures LLC,
    Defendant

Adv. Proc. No. 18-01499-dsj

## CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| pla | + | SunEdison Litigation Trust, Cole Schotz P.C., David R. Hurst, 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6079 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 01 2021 21:38:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 01 2021 21:37:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Red Ventures LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2021          Signature:     /s/Joseph Speetjens

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David R. Hurst | on behalf of Plaintiff SunEdison Litigation Trust dhurst@mwe.com  dnorthrop@mwe.com |

TOTAL: 1